IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )         1:12cr181-MHT
EDWARD FOREHAND             )            (WO)
```

<u>ORDER</u>

Based on the representations made on the record of December 14, 2012, it is ORDERED that the motion to allow jury questionnaires (Doc. No. 18) is granted as follows.

(1) Six weeks before jury selection, counsel for all parties are to submit to the court a joint proposed jury questionnaire. The joint proposed questionnaire must set forth (a) those questions to which both sides agree; (b) any additional questions by the government, with a separation notation for each question as to why the government wants that specific question and why the defendant objects to it; and (c) any additional questions by the defendant, with a separate notation for each question as to why the defendant wants that specific question and why the government objects to it. In

drafting the joint proposed questionnaire, counsel are to use the court's standard jury questionnaire (a copy of which may be obtained from the jury clerk) as the starting point.  Counsel should keep in mind that the proposed questions should not be so numerous or so long as to be burdensome upon potential jurors in responding to the questionnaires.

(2) In preparing and submitting any additional proposed jury-selection questions to be asked orally at voir dire, counsel are reminded to review the written jury questionnaires, for the court will not ask any questions already covered by the written questionnaires.

(3) Jury questionnaires will be made available to counsel the Friday before the jury day of jury selection.

DONE, this the 19th day of December, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE