IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:12cr181-MHT |
| | ) | (WO) |
| EDWARD LINCOLN FOREHAND | ) | |

ORDER

Based on the representations made on the record on January 24, 2013, it is ORDERED that counsel for the government and counsel for defendant Edward Lincoln Forehand are to inform the court, by January 29, 2013, whether resetting the trial of this case for April 8, 2013, will violate the Speedy Trial Act, 18 U.S.C. § 3161.

DONE, this the 25th day of January, 2013.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE